## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Michael Cardinale

                             Plaintiff,

v.                                                            Case No.: 1:17–cv–03406
                                                                               Honorable Sara L. Ellis

Valkre Solutions, Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 7/20/2017. Plaintiff appears for status hearing. It is hereby ordered that this action is voluntarily dismissed with leave to reinstate on or before 9/18/17. Dismissal will be with prejudice if a motion to reinstate is not filed on or before 9/18/17. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.